An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY LEE MONROE,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 65215

**FILED**

MAY 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of prohibition. Petitioner challenges the judgment of conviction. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims, we decline to exercise original jurisdiction in this matter. *See* NRS 34.320; NRS 34.330. Challenges to the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus and filed in the district court in the first instance.[1] *See* NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we
ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.        _____, J.
Douglas                    Cherry

_____

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-15248

cc: Anthony Lee Monroe
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk